**No. P67/207.**—Alexanders Dept. Stores, Inc., et al. *v.* United States, protests 66/5916, etc. (New York).

**No. P67/208.**—Bloomingdale Bros. (a div. of Fed. Dept. Stores, Inc.) et al *v.* United States, protests 66/13144, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 22, 1967

**No. P67/209.**—J. C. DeJong & Co., Inc. *v.* United States, protests 66/5670 and 66/4040 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.